Anthony BRUCE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 48808.

Missouri Court of Appeals, Western District.

Aug. 9, 1994.

Matthew J. O'Connor, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for postconviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).